## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| LASHAWN MICHAELS, | : | CASE #16-11318/ELF |
| Debtor. | : | |

## DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT
## OF LAKEVIEW LOAN SERVICING, LLC

ROBERT N. BRAVERMAN, by way of objection to Certification of Default states:

1.      Debtor has made payments that have not yet been credited.

2.      Debtor is currently not working because of the Coronavirus and seeks to add any

unpaid installment payments into the Plan.

WHEREFORE, it is respectfully requested that the Court deny the relief sought by

Lakeview Loan Servicing, LLC.

McDowell Law, PC
Attorneys for Debtor,


By: /s/  Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:      March 27, 2020