United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11318-elf
LaShawn Michaels                                                    Chapter 13
         Debtor
# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 3          Date Rcvd: Mar 31, 2020
                             Form ID: 167              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db          LaShawn Michaels,   5902 Andale Street,   Philadelphia, PA  19149-3611
cr         +Lakeview Loan Servicing, LLC,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
            Warrington, PA 18976-3403
cr         +SYNCHRONY BANK,   2001 Western Ave, Ste 400,   Seattle, WA 98121-3132
13723187    AMERICAN EXPRESS CENTURION BANK,   C/O BECKET AND LEE LLP,   PO BOX 3001,
            MALVERN, PA 19355-0701
13682358   +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
13682359   +Appel Orthodontics,   8950 Krewstown Rd,   Philadelphia, PA 19115-4502
13682360   +Applied Bank,   c/o Credit Control, LLC,   P.O. Box 488,   Hazelwood, MO 63042-0488
13682361    Applied Bank,   c/o Nations Recovery Center, Inc.,   P.O. Box 620130,   Atlanta, GA 30362-2130
13682364    Chase Bank,   c/o Nationwide Credit, Inc.,   P.O. Box 26314,   Lehigh Valley, PA 18002-6314
13682367    Citibank,   c/o Portfolio Recovery Associates,   Norfolk, VA 23541
13682370   +Credit One Bank,   c/o Midland Funding,   Hayt, Hayt & Landau, LLC - Arthur Lashin,
            123 S. Broad Street, Suite 1660,   Philadelphia, PA 19109-1003
14472184   +Lakeview Loan Servicing, LLC,   C/O Rebecca A. Solarz, Esq.,   KML Law Group,
            701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
13682374   #+Law Office of Robert Braverman, LLC,   1060 N. Kings Hwy., Suite #333,
            Cherry Hill, NJ 08034-1910
13682375   +M&T Bank Legal Document Processing,   Drew Pfirrman, General Counsel,   P.O. Box 844,
            Buffalo, NY 14240-0844
13682376   +Macys,   c/o Northland Group Inc.,   P.O. Box 390905,   Minneapolis, MN 55439-0905
13682377   +Nordstrom,   Portfolio Recovery Associates,   140 Corporate Blvd.,   Norfolk, VA 23502-4952
13735134   +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila PA 19122-2898,
            Attn: Bankruptcy Dept 3F
13682379    St Christopher's Pediatric Associates,   PO Box 828699,   Philadelphia, PA 19182-8699
13682380   +St. Christophers Hospital,   c/o Central Finance Control,   P.O. Box 660873,
            Dallas, TX 75266-0873
13682381    St. Christophers Hospital - Children,   c/o Central Financial Control,   P.O. Box 66044,
            Anaheim, CA 92816-6044
13682383   +Synchrony,   Portfolio Recovery Associates,   140 Corporate Blvd.,   Norfolk, VA 23502-4952
13682384   +Synchrony/American Signature,   Portfolio Recovery Associates,   140 Corporate Blvd.,
            Norfolk, VA 23502-4952
13682385   +Synchrony/Gap,   Portfolio Recovery Associates,   140 Corporate Blvd.,   Norfolk, VA 23502-4952
13720174    Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,   PO Box 19657,
            Irvine CA 92623-9657


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:08:12     Synchrony Bank,
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
            Miami, FL  33131-1605
13682357    E-mail/Text: amscbankruptcy@adt.com Apr 01 2020 04:07:16     ADT Security Services,
            P.O. Box 371878,   Pittsburgh, PA 15250-7878
13692046    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2020 04:07:54
            American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
            Oklahoma City, OK  73124-8848
13713895    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2020 04:08:44
            Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
            Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
            Greenville, SC 29603-0587
13740820    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2020 04:08:17
            Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
            Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
            Greenville, SC 29603-0587
13682362   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 04:08:39
            Avenue/Comenity Bank,   c/o Portfolio Recovery Associates, LLC,   130 Corporate Blvd.,
            Norfolk, VA 23502-4952
13776974   +E-mail/Text: megan.harper@phila.gov Apr 01 2020 04:07:12
            CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   BANKRUPTCY GROUP, MSB,
            1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13690423    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2020 04:08:13
            Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13682363   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 01 2020 04:07:50
            Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT 84130-0281
13682365    E-mail/Text: mediamanagers@clientservices.com Apr 01 2020 04:06:47     Chase Bank USA, N.A.,
            c/o Client Services, Inc.,   3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-4047
13682366   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 04:08:13     CitiBank,
            c/o Portfolio Recovery Associates,   P.O. Box 12914,   Norfolk, VA 23541-0914
13682368   +E-mail/Text: bknotice@ercbpo.com Apr 01 2020 04:07:04     Comcast Cable,
            c/o Enhanced Recovery Company,   P.O. Box 57547,   Jacksonville, FL 32241-7547
13682369    E-mail/Text: legal@arsnational.com Apr 01 2020 04:06:52     Comenity Capital Bank,
            c/o ARS National Services, Inc.,   PO Box 469046,   Escondido, CA 92046-9046
13759395   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 01 2020 04:06:55     Comenity Capital Bank,
            C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132

```
District/off: 0313-2          User: Antoinett          Page 2 of 3           Date Rcvd: Mar 31, 2020
                             Form ID: 167             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13682371        E-mail/Text: mrdiscen@discover.com Apr 01 2020 04:06:48      Discover Financial Service LLC,
                PO Box 15316,   Wilmington, DE 19850-5316
13762579        E-mail/Text: bnc-quantum@quantum3group.com Apr 01 2020 04:06:55
                Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
13691969        E-mail/Text: mrdiscen@discover.com Apr 01 2020 04:06:48      Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
13682372       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Apr 01 2020 04:06:50      Freedom Credit Union,
                626 Jacksonville Road,   Warminster, PA 18974-4862
13682373        E-mail/Text: bkrptretrievalmasters.com Apr 01 2020 04:07:03      LabCorp AMCA,   PO Box 1235,
                Elmsford, NY 10523-0935
13695872       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2020 04:07:03      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
13682378        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 04:08:15
                Portfolio Recovery Associates,   140 Corporate Boulevard,   Norfolk, VA 23502
13725161        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 01 2020 04:07:49
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13706274        E-mail/Text: bnc-quantum@quantum3group.com Apr 01 2020 04:06:55
                Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
13686034        E-mail/PDF: rmscedi@recoverycorp.com Apr 01 2020 04:07:49
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14265365       +E-mail/Text: bncmail@w-legal.com Apr 01 2020 04:07:04      SYNCHRONY BANK,
                C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13682382        E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:08:14      Syncb/American Eagle PLCC,
                PO Box 965005,   Orlando, FL 32896-5055
13760922        E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:07:48      Synchrony Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
13818863       +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2020 04:08:12      Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
13682386       +E-mail/Text: bankruptcynotices@dcicollect.com Apr 01 2020 04:07:14      T-Mobile,
                c/o Diversified Consultants,   P.O. Box 551268,   Jacksonville, FL 32255-1268
                                                                                          TOTAL: 29
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13696114        Lakeview Loan Servicing, LLC,   c/o M&T Bank,   1100 Wehrle Drive, Williamsville, NY 142
13720181*       Wells Fargo Bank N.A.,,   d/b/a Wells Fargo Dealer Services,   PO Box 19657,
                Irvine CA 92623-9657
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
```
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Lakeview Loan Servicing, LLC
        cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
        DANIEL P. JONES    on behalf of Creditor    Lakeview Loan Servicing, LLC djones@sterneisenberg.com,
        bkecf@sterneisenberg.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
        ROBERT NEIL BRAVERMAN    on behalf of Debtor LaShawn  Michaels rbraverman@mcdowelllegal.com,
        kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Antoinett          Page 3 of 3          Date Rcvd: Mar 31, 2020
                             Form ID: 167              Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
       WILLIAM EDWARD MILLER    on behalf of Creditor    Lakeview Loan Servicing, LLC
      wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com

                                                                  TOTAL: 7

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: LaShawn Michaels

      Debtor(s)

Case No: 16–11318–elf

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Certificate of Default and
Objection to Certificate of Default

     on: 4/14/20

     at: 09:30 AM

     in: Courtroom #1, 900 Market Street, Philadelphia, PA
     19107

For The Court

Date:  3/31/20

Timothy B. McGrath
Clerk of Court

72 – 70
Form 167