**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: LaShawn Michaels**

|  |  |  |
|---|---|---|
|  | **:** | **Chapter 13** |
|  | **:** |  |
| **Debtor(s)** | **:** | **Bankruptcy No. 16-11318-ELF** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Docket No. 82) is **APPROVED**.

**Date:** _____

**JUDGE ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**