# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER |
| LaShawn Michaels | : | CASE # 16-11318 |
| Debtor(s). | : | **PRAECIPE TO WITHDRAW MODIFIED PLAN** |

LaShawn Michaels, debtor(s) herein, by and through their attorneys, MCDOWELL LAW, PC respectfully request:

That the Court withdraw the Modified Plan filed by Robert N. Braverman, Esquire on February 9, 2021(DOCKET NO. 81 on behalf of debtor.

                McDOWELL LAW, PC
                Attorneys for Debtor(s),

                By: /s/ Robert N. Braverman

DATED: 2/10/2021                 ROBERT N. BRAVERMAN, ESQUIRE