# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **LaShawn Michaels**                                    Case No.  **16-11318**
                              Debtor(s)                          Chapter   **13**

# PROOF OF SERVICE BY MAIL

I, **Kristie Gresh**, declare that I am over the age of eighteen years of age and am not a party to this case.

On **February 10, 2021**, I served the **Modified Plan** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**ADT Security Services**
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**

AMERICAN EXPRESS CENTURION BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

**Appel Orthodontics**
**8950 Krewstown Rd**
**Philadelphia, PA 19115**

**Applied Bank**
**c/o Credit Control, LLC**
**P.O. Box 488**
**Hazelwood, MO 63042**

**Applied Bank**
**c/o Nations Recovery Center, Inc.**
**P.O. Box 620130**
**Atlanta, GA 30362-2130**

Ashley Funding Services, LLC its successors and
assigns as assignee of Syndicated
Office Systems, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Avenue/Comenity Bank**
**c/o Portfolio Recovery Associates, LLC**
**130 Corporate Blvd.**
**Norfolk, VA 23502**

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

**Chase Bank**
**c/o Nationwide Credit, Inc.**
**P.O. Box 26314**
**Lehigh Valley, PA 18002-6314**

**Chase Bank USA, N.A.**
**c/o Client Services, Inc.**
**3451 Harry S. Truman Blvd.**
**Saint Charles, MO 63301-4047**

**CitiBank**
**c/o Portfolio Recovery Associates**
**P.O. Box 12914**
**Norfolk, VA 23541**

Midland Funding LLC

PO Box 2011
Warren, MI 48090

**Comcast Cable**
**c/o Enhanced Recovery Company**
**P.O. Box 57547**
**Jacksonville, FL 32241**

**Comenity Capital Bank**
**c/o ARS National Services, Inc.**
**P.O. Box 469046**
**Escondido, CA 92046-9046**

**Credit One Bank**
**c/o Midland Funding**
**Hayt, Hayt & Landau, LLC - Arthur Lashin**
**123 S. Broad Street, Suite 1660**
**Philadelphia, PA 19109**

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Freedom Credit Union**
**626 Jacksonville Road**
**Warminster, PA 18974-4803**

Ashley Funding Services, LLC its successors and
assigns as assignee of Laboratory
Corporation of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

# REBECCA ANN SOLARZ

KML Law Group, P.C.

701 Market Street

Suite 5000

Philadelphia, PA 19106

CITY OF PHILADELPHIA, LAW DEPARTMENT
TAX UNIT
BANKRUPTCY GROUP, MSB
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
PHILADELPHIA, PA 19102-1595

**Macys**
**c/o Northland Group Inc.**
**P.O. Box 390905**
**Minneapolis, MN 55439**

**Nordstrom**
**Portfolio Recovery Associates**
**140 Corporate Blvd.**
**Norfolk, VA 23502**

Philadelphia Gas Works
800 W Montgomery Ave
Phila Pa,19122
Attn: Bankruptcy Dept 3F

**St Christopher's Pediatric Associates**
**PO Box 828699**
**Philadelphia, PA 19182-8699**

**St. Christophers Hospital**
**c/o Central Finance Control**
**P.O. Box 660873**
**Dallas, TX 75266**

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788

| |
|---|
| Kirkland, WA 98083-0788 |
| SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Department Store National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| **Synchrony/American Signature**<br>**Portfolio Recovery Associates**<br>**140 Corporate Blvd.**<br>**Norfolk, VA 23502** |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 |
| Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>1100 Wehrle Drive<br>Williamsville, NY 142 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Wells Fargo Bank N.A.,<br>d/b/a Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine CA 92623-9657 |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **February  10, 2021**.

  /s/ Kristie Gresh
**Signature**