*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: LaShawn Michaels
    Debtor(s)

Case No: 16–11318–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification default filed by Lakeview Loan Servicing LLC and objection filed by the debtor

    on: 3/9/21

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/26/21

Timothy B. McGrath
Clerk of Court

88 – 86, 87
Form 167