## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lashawn Michaels | |
|               Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns | |
|               Movant | |
|      vs. | NO. 16-11318 ELF |
| Lashawn Michaels | |
|               Debtor(s) | |
| William C. Miller Esq. | |
|               Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **February 19, 2021 (Doc. No. 85)**.

Respectfully submitted,


/s/ Rebecca A. Solarz, Esq.

_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322


Dated: 4/29/21