United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
LaShawn Michaels  
    Debtor

Case No. 16-11318-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 16, 2021      Form ID: 138NEW      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | LaShawn Michaels, 5902 Andale Street, Philadelphia, PA 19149-3611 |
| cr | + | Lakeview Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | SYNCHRONY BANK, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 13723187 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13682358 | + | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 13682359 | + | Appel Orthodontics, 8950 Krewstown Rd, Philadelphia, PA 19115-4502 |
| 13682361 | | Applied Bank, c/o Nations Recovery Center, Inc., P.O. Box 620130, Atlanta, GA 30362-2130 |
| 13682360 | + | Applied Bank, c/o Credit Control, LLC, P.O. Box 488, Hazelwood, MO 63042-0488 |
| 13682364 | | Chase Bank, c/o Nationwide Credit, Inc., P.O. Box 26314, Lehigh Valley, PA 18002-6314 |
| 13682367 | | Citibank, c/o Portfolio Recovery Associates, Norfolk, VA 23541 |
| 13682370 | + | Credit One Bank, c/o Midland Funding, Hayt, Hayt & Landau, LLC - Arthur Lashin, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14472184 | + | Lakeview Loan Servicing, LLC, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13682375 | + | M&T Bank Legal Document Processing, Drew Pfirrman, General Counsel, P.O. Box 844, Buffalo, NY 14240-0844 |
| 13682376 | + | Macys, c/o Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 13682377 | + | Nordstrom, Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13735134 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13682379 | | St Christopher's Pediatric Associates, PO Box 828699, Philadelphia, PA 19182-8699 |
| 13682380 | + | St. Christophers Hospital, c/o Central Finance Control, P.O. Box 660873, Dallas, TX 75266-0873 |
| 13682381 | | St. Christophers Hospital - Children, c/o Central Financial Control, P.O. Box 66044, Anaheim, CA 92816-6044 |
| 13682383 | + | Synchrony, Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13682384 | + | Synchrony/American Signature, Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13682385 | + | Synchrony/Gap, Portfolio Recovery Associates, 140 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13720174 | | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:24 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13682357 | | Email/Text: amscbankruptcy@adt.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 55 |

| | | | |
|---|---|---|---|
| | | Jun 16 2021 23:46:00 | ADT Security Services, P.O. Box 371878, Pittsburgh, PA 15250-7878 |
| 13692046 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Jun 17 2021 00:08:46 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13740820 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 16 2021 23:49:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13713895 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 17 2021 10:33:46 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13682362 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 16 2021 23:49:11 | Avenue/Comenity Bank, c/o Portfolio Recovery Associates, LLC, 130 Corporate Blvd., Norfolk, VA 23502-4952 |
| 13776974 | + Email/Text: megan.harper@phila.gov | | |
| | | Jun 16 2021 23:45:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13690423 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Jun 16 2021 23:49:30 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13682363 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | Jun 16 2021 23:49:06 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 13682365 | Email/Text: mediamanagers@clientservices.com | | |
| | | Jun 16 2021 23:43:00 | Chase Bank USA, N.A., c/o Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 13682366 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 16 2021 23:49:35 | CitiBank, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 13682368 | + Email/Text: bknotice@ercbpo.com | | |
| | | Jun 16 2021 23:44:00 | Comcast Cable, c/o Enhanced Recovery Company, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 13682369 | Email/Text: legal@arsnational.com | | |
| | | Jun 16 2021 23:43:00 | Comenity Capital Bank, c/o ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 13759395 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 16 2021 23:43:23 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13682371 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 16 2021 23:43:00 | Discover Financial Service LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 13762579 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 16 2021 23:44:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13691969 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 16 2021 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13682372 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | | |
| | | Jun 16 2021 23:43:00 | Freedom Credit Union, 626 Jacksonville Road, Warminster, PA 18974-4862 |
| 13682373 | Email/Text: bkrpt@retrievalmasters.com | | |
| | | Jun 16 2021 23:44:12 | LabCorp AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 13695872 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 16 2021 23:44:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13682378 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 16 2021 23:49:42 | Portfolio Recovery Associates, 140 Corporate Boulevard, Norfolk, VA 23502 |
| 13725161 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 16 2021 23:49:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13706274 | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 55 |

|  |  | Jun 16 2021 23:44:23 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| --- | --- | --- | --- |
| 13686034 | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:13 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14265365 | + Email/Text: bncmail@w-legal.com | Jun 16 2021 23:44:23 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13682382 | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Syncb/American Eagle PLCC, PO Box 965005, Orlando, FL 32896-5055 |
| 13818863 | + Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13760922 | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:24 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 13682386 | + Email/Text: bankruptcynotices@dcicollect.com | Jun 16 2021 23:45:00 | T-Mobile, c/o Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13696114 |  | Lakeview Loan Servicing, LLC, c/o M&T Bank, 1100 Wehrle Drive, Williamsville, NY 142 |
| 13720181 | * | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine CA 92623-9657 |
| 13682374 | ##+ | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER M. MCMONAGLE | on behalf of Creditor Lakeview Loan Servicing  LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| ROBERT NEIL BRAVERMAN |  |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 55 |

on behalf of Debtor LaShawn Michaels rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD MILLER

on behalf of Creditor Lakeview Loan Servicing  LLC wmiller@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: LaShawn Michaels
        Debtor(s)                                         Bankruptcy No: 16−11318−elf
                                                                  Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                                Timothy B. McGrath
                                                                   Clerk of Court

Dated: 6/16/21

                                                                                                     105 − 103
                                                                                            Form 138_new